UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIG INSURANCE COMPANY, et al.,

                Plaintiff(s),

-against-

SWISS REINSURANCE AMERICA CORPORATION,

                Defendant(s).

**21 CV 8975 (NSR)**
**ADJOURNMENT ORDER**

NELSON S. ROMÁN, U.S.D.J.:

    In light of a pending motion for a protective order before Magistrate Judge McCarthy and an anticipated extension of the discovery deadlines, it is hereby

    ORDERED that the above case is scheduled for **a telephonic Status Conference on July 26, 2023 is adjourned *sine die*.**

    Counsel are directed to notify this Court in writing within five (5) days after the completion of discovery whether or not counsel will seek leave to file a dispositive motion.

SO ORDERED.

Dated:   July 20, 2023
           White Plains, NY

_____
Nelson S. Román, United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/20/2023___