USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/06/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TIG INSURANCE COMPANY, as successor to RANGER INSURANCE COMPANY, and ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES LIMITED,

Plaintiffs,

v.

SWISS REINSURANCE AMERICA CORPORATION F/K/A NORTH AMERICAN REINSURANCE CORPORATION,

Defendant.

Case No.: 7:21-cv-08975-NSR-JCM

**ORDER TO SEAL**

NOW, upon Plaintiffs' motion requesting permission to file under seal an unredacted version of their Local Rule 56.1(a) Statement of Undisputed Material Facts, their Memorandum of Law in Support of their Motion for Summary Judgment, and six exhibits attached to their Motion for Summary Judgment, it is hereby ORDERED as follows:

1. Plaintiffs' Motion to File Exhibits Under Seal is hereby GRANTED;

2. Exhibits 613, 616, 621, 622, 623, and 635 are to be SEALED and otherwise protected from public disclosure; and

3. The portions of Plaintiffs' Local Rule 56.1(a) Statement of Undisputed Material Facts and their Memorandum of Law in Support of their Motion for Summary Judgment that quote or copy information from the exhibits identified in No. 2 above are to be SEALED and otherwise protected from public disclosure. The Plaintiffs' Exhibits 613, 616, 621, 622, 623, 635, and Local Rule 56.1(a) Statement are to nevertheless be filed such that they are accessible only to the Court and parties to this case. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63.

**SO ORDERED**.

Dated: March 6, 2024
White Plains, NY

_____
Nelson S. Román, U.S.D.J.