USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/06/2024__

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TIG INSURANCE COMPANY, as successor to
RANGER INSURANCE COMPANY, and
ASSOCIATED ELECTRIC AND GAS
INSURANCE SERVICES LIMITED,

        Plaintiffs,

        v.

SWISS REINSURANCE AMERICA
CORPORATION F/K/A NORTH AMERICAN
REINSURANCE CORPORATION,

        Defendant.

---

Case No.: 7:21-cv-08975 (NSR)(JCM)

**ORDER TO SEAL**

NOW, upon Defendant Swiss Reinsurance America Corporation's ("Swiss Re") motion requesting permission to file under seal (1) Deposition Exhibits 60, 62, and 514, and (2) an unredacted version of Exhibit V, all attached to the Declaration of Alexander Walsdorf in support of Swiss Re's Motion for Summary Judgment, it is hereby ORDERED as follows:

    1.    Swiss Re's Motion to File Exhibits Under Seal is hereby GRANTED;

    2.    Deposition Exhibits 60, 62, and 514 are to be SEALED and otherwise protected from public disclosure; and

    3.    The unredacted version of Exhibit V is to be SEALED and otherwise protected from public disclosure;  a version of Exhibit V that redacts the underlying settlement amount is to be filed publicly. Deposition Exhibits 60, 62, 514, and Exhibit V is nevertheless to be filed such that they are accessible to the Court and the parties to this case. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 68.

**SO ORDERED**

Dated: March 6, 2024
     White Plains, NY

                                   _____
                                   Nelson S. Román, U.S.D.J.