USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TIG INSURANCE COMPANY, as successor to RANGER INSURANCE COMPANY, and ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES LIMITED,

   Plaintiffs,

v.

SWISS REINSURANCE AMERICA CORPORATION F/K/A NORTH AMERICAN REINSURANCE CORPORATION,

   Defendant.

Case No.: 7:21-cv-08975-NSR-JCM

**ORDER TO SEAL**

 NOW, upon Plaintiffs' motion requesting permission to file under seal an unredacted version of their Opposition to Defendant's Rule 56.1 Statement of Undisputed Material Facts, their Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, and seventeen exhibits attached to their Opposition, it is hereby ORDERED as follows:

 1. Plaintiffs' Motion to File Exhibits Under Seal is hereby GRANTED, in part;

 2. Exhibits 293, 613, 616, 619, 621, 622, 623, 628, 629, 630, 635, 637, 638, 639, 642, 650, and 651 are to be SEALED and otherwise protected from public disclosure but nevertheless filed such that they accessible only to the Court and parties to this case; and

 3. Plaintiff's request to seal the portions of Plaintiffs' Opposition to Defendant's Rule 56.1 Statement of Undisputed Material Facts and their Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment that quote or copy information from the exhibits identified in No. 2 above is DENIED. It is not possible to seal *portions* of documents. as noted in the Court's Order located at ECF No. 69. Plaintiff is GRANTED leave to submit a new application for sealing. The Clerk of Court is directed to terminate the motion at ECF No. 73.

Dated: White Plains, New York

  March 20, 2024

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE