USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/25/2024__

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY, as successor to RANGER INSURANCE COMPANY, and ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SWISS REINSURANCE AMERICA CORPORATION F/K/A NORTH AMERICAN REINSURANCE CORPORATION,<br><br>Defendant. | Case No.: 7:21-cv-08975-NSR-JCM<br><br>**ORDER TO SEAL** |

NOW, upon Plaintiffs' motion requesting permission to file under seal unredacted versions of their Opposition to Defendant's Rule 56.1 Statement of Undisputed Material Facts and their Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, it is hereby ORDERED as follows:

1. Plaintiffs' Motion to File Under Seal is hereby GRANTED.

2. Unredacted versions of Plaintiffs' Opposition to Defendant's Rule 56.1 Statement of Undisputed Material Facts and their Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment are to be SEALED and otherwise protected from public disclosure. These documents are to be filed such that they are accessible only to the Court and the parties to this case.

3. Versions of Plaintiffs' Opposition to Defendant's Rule 56.1 Statement of Undisputed Material Facts and their Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment that redact any information quoted from the exhibits sealed by Order dated March 20, 2024 (ECF Doc. No. 77) are to be filed publicly.

4. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 78.

**SO ORDERED**.

Dated: White Plains, New York
      March 25, 2024

                                                    Nelson S. Román, U.S.D.J.