USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

TIG INSURANCE COMPANY, as successor to RANGER INSURANCE COMPANY, and ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES LIMITED,

    Plaintiffs,

v.

SWISS REINSURANCE AMERICA CORPORATION F/K/A NORTH AMERICAN REINSURANCE CORPORATION,

    Defendant.

Case No.: 7:21-cv-08975 (NSR)(JCM)

**ORDER TO SEAL**

---

NOW, upon Defendant Swiss Reinsurance America Corporation's ("Swiss Re") motion requesting permission to file under seal Deposition Exhibits 519, 552, 558, 581, 582, 585, 586, 587, 589, 590, 591, 592, 595, 596, 597, 600, 602, 606, and 611; Exhibits A and C; and its Opposition Brief and Rule 56.1 Response, it is hereby ORDERED as follows:

1.    Swiss Re's Motion to File Exhibits Under Seal is hereby GRANTED;

2.    The unredacted versions of Deposition Exhibits 519, 552, 558, 581, 582, 585, 586, 587, 589, 590, 591, 592, 595, 596, 597, 600, 602, 606, and 611; Exhibits A and C; and Swiss Re's Opposition Brief and Rule 56.1 Response, are to be SEALED and otherwise protected from public disclosure but nevertheless filed such that they are accessible only to the Court and parties to this case; and

3.    Versions of Exhibits A and C and Swiss Re's Opposition Brief and Rule 56.1 Response that redact confidential information relating to the above-referenced Exhibits are to be filed publicly.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 79.

**SO ORDERED**

Dated: White Plains, New York

March 26, 2024

_____
Nelson S. Román, U.S.D.J.