USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TIG INSURANCE COMPANY, as successor to RANGER INSURANCE COMPANY, and ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES LIMITED,

    Plaintiffs,

v.

SWISS REINSURANCE AMERICA CORPORATION F/K/A NORTH AMERICAN REINSURANCE CORPORATION,

    Defendant.

Case No.: 7:21-cv-08975-NSR-JCM

**ORDER TO SEAL**

NOW, upon Plaintiffs' motion requesting permission to file under seal unredacted versions of their Reply in Further Support of Plaintiffs' Motion for Summary Judgment and their Response to Defendant's Statement of Additional Material Facts, it is hereby ORDERED as follows:

1.     Plaintiffs' Motion to File Under Seal is hereby GRANTED.

2.     Unredacted versions of the Reply in Further Support of Plaintiffs' Motion for Summary Judgment and their Response to Defendant's Statement of Additional Material Facts are to be SEALED and otherwise protected from public disclosure. These documents are to be filed such that they are accessible only to the Court and the parties to this case.

3.     Versions of the Reply in Further Support of Plaintiffs' Motion for Summary Judgment and their Response to Defendant's Statement of Additional Material Facts that redact any information quoted from the exhibits sealed by Orders dated March 6, 2024, March 19, 2024, March 20, 2024, and March 26, 2024 (ECF Doc. Nos. 70, 76, 77, 81) are to be filed publicly.

4. Any references to the confidential settlement amount of the underlying coverage lawsuit in any exhibits filed by Plaintiffs may be REDACTED. These redacted documents are to be filed publicly.

5. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 82.

**SO ORDERED**.

Dated: White Plains, New York
December 2, 2024

_____
Nelson S. Román, U.S.D.J.